**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JOHN BACA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN BACA<br><br>                Defendant, | Case No.:11-CR-00081 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

LAWRENCE J. O'NEILL AND BRIAN WILLIAM ENOS, UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, JOHN BACA by and through his attorney of record, DAVID A. TORRES hereby request that the status conference currently set for May 27, 2011 be continued to June 3, 2011 at 8:30 a.m., or a date convenient to court and counsel.

    This is a mutual agreement between myself, and United States Attorney Brian William Enos. The reason for the continuance is as follows. I underwent shoulder surgery on April 13, 2011. On Friday, May 27, 2011, I am scheduled to attend a post-operation examination with my surgeon, Dr. Christopher Hamilton. Since previous court appearance, I have met with Immigration and Customs Enforcement Agent, Veronica Pike to review the images listed in the

1 discovery.  On Tuesday, May 24, 2011, I met with Mr. Baca to discuss his case.  He does not
2 object to a continuance.
3 **The defendant is willing to continue, excluding time through the next court**
4 **appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**
5 **rights.**
6 Based upon the foregoing, I respectfully request that this matter be continued to
7 June 3, 2011.
8 The parties also agree that the delay resulting from the continuance shall be excluded in
9 the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).
10 IT IS SO STIPULATED.
11
12 Dated: 5/25/11                               /s/ David A. Torres
                                                DAVID A. TORRES
13                                              Attorney for Defendant
                                                FELIPA VARGAS
14
15
   Dated: 5/25/11                               /s/ Brian William Enos
16                                              BRIAN WILLIAM ENOS
                                                U. S. Attorney
17

**ORDER**

Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).    Good cause exists for medical reasons.

IT IS SO ORDERED.

**Dated:   May 25, 2011**                              /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE