1 | BENJAMIN B. WAGNER
United States Attorney
2 | BRIAN W. ENOS
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559)  497-4000
Facsimile: (559) 497-4099
5

6

7

8 |                  IN THE UNITED STATES DISTRICT COURT

9 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   1:11-CR-00081-LJO
                                    )
12 |                                 )   PRELIMINARY ORDER OF FORFEITURE
                         Plaintiff,  )
13 |                                 )
         v.                         )
14 |                                 )
                                    )
15 | JOHN ANTHONY BACA,              )
                                    )
16 |                                 )
                         Defendant.  )
17 | _____ )

18 |      Based upon the plea agreement entered into between plaintiff

19 | United States of America and defendant John Anthony Baca, it is

20 | hereby ORDERED, ADJUDGED, AND DECREED as follows:

21 |      1.   Pursuant to 18 U.S.C. § 2253, defendant John Anthony Baca's

22 | interest in the following property shall be condemned and forfeited

23 | to the United States of America, to be disposed of according to law:

24 |           a.    Toshiba Laptop Computer seized from defendant
                    defendant by law enforcement on or about
25 |                 January 19, 2011;

26 |           b.    Seagate External Hard Drive seized from
                    defendant by law enforcement on or about
27 |                 January 19, 2011;

28 |           c.    Compact discs, hard drives, or other storage
                    devices containing visual depictions of minors

PRELIMINARY ORDER OF FORFEITURE

1            engaged in sexually explicit conduct and seized

           from defendant by law enforcement on or about

2            January 19, 2011.

3     2.   The above-listed property constitutes property which

4 contains visual depictions mailed, shipped or transported in

5 violation of 18 U.S.C. § 2252(a)(2) or was used or intended to be

6 used in any manner or part to commit and to promote the commission of

7 the aforementioned violation, all in violation of 18 U.S.C. § 2253.

8     3.   Pursuant to Rule 32.2(b), the Attorney General (or a

9 designee) shall be authorized to seize the above-listed property.

10 The aforementioned property shall be seized and held by the

11 Department of Homeland Security, Immigration Customs Enforcement or

12 Customs and Border Protection, in its secure custody and control.

13     4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21

14 U.S.C. § 853(n), and Local Rule 171, the United States shall publish

15 notice of the order of forfeiture.  Notice of this Order and notice

16 of the Attorney General's (or a designee's) intent to dispose of the

17 property in such manner as the Attorney General may direct shall be

18 posted for at least 30 consecutive days on the official internet

19 government forfeiture site www.forfeiture.gov.  The United States may

20 also, to the extent practicable, provide direct written notice to any

21 person known to have alleged an interest in the property that is the

22 subject of the order of forfeiture as a substitute for published

23 notice as to those persons so notified.

24       b.   This notice shall state that any person, other than

25 the defendant, asserting a legal interest in the above-listed

26 property, must file a petition with the Court within sixty (60) days

27 from the first day of publication of the Notice of Forfeiture posted

28 on the official government forfeiture site, or within thirty (30)

PRELIMINARY ORDER OF FORFEITURE

1   days from receipt of direct written notice, whichever is earlier.

2        5.   If a petition is timely filed, upon adjudication of all

3   third-party interests, if any, this Court will enter a Final Order of

4   Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will

5   be addressed.

6

7

8

9   IT IS SO ORDERED.

10  **Dated:    December 26, 2011**                 **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRELIMINARY ORDER OF FORFEITURE