1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2 1318 K Street
Bakersfield, CA 93301
3 Ph.: (661)326-0857
Fax.: (661) 326-0936
4 e-mail: lawtorres@aol.com

5 Attorney for Defendant
JOHN BACA

6

7

8

# IN THE UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:11-CR-00081 LJO |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| JOHN BACA | |
| Defendant, | |

19 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

20 LAWRENCE J. O'NEILL AND BRIAN WILLIAM ENOS, UNITED STATES ATTORNEY:

21     **COMES NOW** Defendant, JOHN BACA by and through his attorney of record, DAVID

22 A. TORRES hereby request that the sentencing hearing currently set for February 13, 2012 be

23 continued to February 21, 2012, or a date convenient to the court and counsel.

24     This is a mutual agreement between myself, and Assistant United States Attorney Brian

25 William Enos.  The reason for the continuance is as follows:

26     1.     Mr. Baca's original sentencing date is currently scheduled for Feb 13, 2012.

27     2.     In preparing for the sentencing, I referred my client to meet with a psychiatrist in

28         order to provide mitigating circumstances at the time of his sentencing hearing.

1    Unfortunately, the psychiatrist did not have the report prepared until late January

2    2012.

3    3.    Additional time is needed in order to prepare and file a Sentencing Memorandum

4          and to allow the AUSA time to review and if necessary file a response if he so

5          chooses.

6    The defendant is willing to continue, excluding time through the next court appearance

7    and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.

8    The parties also agree that the delay resulting from the continuance shall be excluded in

9    the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

10   Based upon the foregoing, I respectfully request that this matter be continued to

11   February 21, 2012.

12          IT IS SO STIPULATED.

13

14   Dated: 01/30/12                          /s/ David A. Torres
                                              DAVID A. TORRES
15                                            Attorney for Defendant
                                              JOHN BACA
16

17

     Dated: 01/30/12                          /s/ Brian William Enos
18                                            BRIAN WILLIAM ENOS
                                              U. S. Attorney
19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2       **IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C.

3   §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

4

5

6

7

8

9

10

11

12

13   IT IS SO ORDERED.

14   **Dated:   January 31, 2012**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28